IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Bi-State Insulation, Inc., : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:19cv40 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Geiler Company, Inc., et al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on June 17, 2019 (Doc. 15), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 1, 2019, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant's motion to compel arbitration (Doc. 12) is GRANTED. This case is DISMISSED without prejudice from the docket of this Court.

IT IS SO ORDERED.

                                                                         ___s/Susan J. Dlott_____
                                                                         Judge Susan J. Dlott
                                                                         United States District Court